IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARGARET HILLISTAD                                                                         PLAINTIFF

V.                                         CASE NO. 16-CV-06043

CITY OF HOT SPRINGS, *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss. ECF No. 17. Plaintiff states that this matter has been resolved and moves to dismiss all remaining claims and parties with prejudice pursuant to the terms of the settlement agreement, with each party to bear their own costs and fees. The Court finds that Plaintiff has shown good cause for the motion. Accordingly, Plaintiff's Motion to Dismiss (ECF No. 17) should be and hereby is **GRANTED**. All remaining claims and parties are **DISMISSED WITH PREJUDICE** pursuant to the terms of the settlement agreement and with each party to bear their own costs and fees. Furthermore, **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

The Court retains jurisdiction to vacate this Order and reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 19th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge